# Third District Court of Appeal
## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0581
Lower Tribunal No. F95-8666
_____

**Joel Telfort,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Joel Telfort, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.